UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 02-20938-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JAMAL BROWN,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S
## PRO SE MOTION TO TERMINATE SUPERVISED RELEASE

THIS MATTER is before the Court on Defendant Jamal Brown's pro se Motion for Early Termination of Supervised Release [DE 589]. In response, neither the Government nor Defendant's Probation Officer oppose Defendant's request [DE 590]. Having considered the submissions, and the 18 U.S.C. § 3553 factors, the Motion is granted, and Defendant Jamal Brown's Supervised Release is terminated as of the date of this Order.

### I. BACKGROUND

Mr. Brown began serving his five-year term of supervised release in August of 2019, after completing his two-hundred and sixty (260) month's sentence of imprisonment following entry of a guilty plea for Conspiracy to Possess with Intent to Distribute Cocaine in violation of 21 U.S.C. § 846. During his imprisonment, Mr. Brown completed the RDAP/TDAT program for substance abuse treatment and satisfied his court-ordered special assessment fee.

### II. ANALYSIS

Pursuant to 18 U.S.C. §3583(e)(1), the Court may terminate supervised release after one year of supervised release, if it is satisfied such action is warranted by Defendant's conduct and in the interest of justice. The Court must also consider the criteria set forth in 18 U.S.C. §3553(a).

Mr. Brown has completed twenty-six (26) months of his sixty (60) month term of supervised release, without incident. During that time, he has been fully compliant with his supervised release conditions and since February of 2020, has been supervised on a low/moderate risk case load.

In addition, he does not present a threat to the public safety. He does not have a history of violence, was not assessed an aggravating role in the underlying offense, and successfully completed drug abuse treatment programs during his incarceration. He is a quadriplegic confined to a wheelchair and the Government and the United States Probation Office do not oppose his request for early termination.

In sum, after considering the 3553(a) factors, the Court concludes that in the interests of justice, Mr. Brown's supervised release should be terminated early. He has demonstrated positive strides towards becoming a productive, law-abiding citizen and is commended for his exemplary behavior while on supervised release. To assist him to continue on his path to successful full integration, he is encouraged to seek to have his civil rights restored and to register to vote.

For these reasons, it is **ORDERED** that:

1. Defendant's pro se Motion for Early Termination of Supervised Release [DE 589] is GRANTED.

2. Jamal Brown's Supervised Release is terminated as of the date of this Order.

DONE AND ORDERED in Miami, Florida, this 10th day of November 2021.

_____
PATRICIA A. SEITZ
UNITED STATES SENIOR DISTRICT JUDGE

cc: All counsel of record

3